# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

| | |
|---|---|
| **In Re:**<br>Citadel Watford Disposal Partners, L.P., et al.<br>    Debtor | Bankruptcy Case No.: 15–11323–KJC<br><br>Bankruptcy Chapter: 11 |

Gavin/Solmonese LLC, Liquidation Trustee for the Citadel Creditors Grantor Trust, successor to Citadel Watford City Disposal Partners, L.P., et al.

    Plaintiff

    vs.

SMC Global Ventures, LLC, a Wyoming limited liability company

    Defendant(s)

Adv. Proc. No.: 17–50652–KJC

## JUDGMENT BY DEFAULT

On 4/30/2018, default was entered against defendant(s) SMC Global Ventures, LLC, a Wyoming limited liability company. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) SMC Global Ventures, LLC, a Wyoming limited liability company in the amount of $110,086.48 plus court filing costs in the amount of $350.00.

Date: 5/1/18

                                                                 Una O'Boyle, Clerk of Court

(VAN–433b)